PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Dixon Perez                                         Cr.: 08-00738-001
                                                                      PACTS Number: 51304

Name of Sentencing Judicial Officer: Joseph L. Tauro, USDJ - District of Massachusetts

Date of Original Sentence: 09/14/06

Date of Transfer of Jurisdiction: 09/29/08

Name of Assigned Judicial Officer: Dickinson R. Debevoise, Sr. USDJ - District of New Jersey

Original Offense: **Ct 1**: Conspiracy to Distribute Heroin; **Cts 3 through 7**: Distribution of Heroin and Aiding and Abetting; **Cts 8 and 9**: Distribution of Heroin Within 1,000 Feet of a School Zone; **Cts 10 and 11**: Distribution of Heroin and Aiding and Abetting

Original Sentence: 41 months imprisonment; 3 years supervised release; $1,000 special assessment

Type of Supervision: Supervised Release                 Date Supervision Commenced: 03/12/08

## PETITIONING THE COURT

[ ]  To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall refrain from the use of alcohol and shall submit to testing to ensure compliance. It is further ordered that the defendant submit to evaluation and treatment as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

## CAUSE

On October 26, 2008, Perez was arrested in Hawthorne, New Jersey, for Driving While Intoxicated, Careless Driving, Leaving the Scene of an Accident, Failure to Report an Accident and Failure to Wear a Seatbelt. While Perez has not submitted any positive drug tests, he agreed to the modification for drug testing/treatment in light of his lengthy substance abuse history. This modification will facilitate an immediate response to any issues that may arise in the area of drug use (the presentence report refers to a lengthy history that includes the abuse of alcohol, cocaine and marijuana).

PROB 12B - Page 2
Dixon Perez

Respectfully submitted,

By: Denise Morales
    U.S. Probation Officer
Date: 11/06/08

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

November 11, 2008
Date